JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. GERALI,<br><br>            Plaintiff,<br><br>            v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | No. SA CV 13-01692-CAS (DFM)<br><br>JUDGMENT |

        In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 13, 2014

_____
CHRISTINA A. SNYDER
United States District Judge